

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2015

No. 04-15-00435-CV

**AUGLLE, L.L.C.,** Wrap It Up, L.L.C., James A. McVey, Jr., Individually, and Valdis Karlis Gravis Krumins, Individually,
Appellants

v.

David A. **MONROE**, E-Watch Corporation, E-Watch, Inc., and The Telesis Group, Inc., each Individually and as Member of Power Surveillance Corporation, L.L.C.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07230
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The Court has considered appellees' unopposed motion to access the sealed documents in the clerk's record and has determined that the motion should be GRANTED. We order that appellees shall have access to all of the sealed documents in the clerk's record on file in this court and to any subsequently filed sealed documents, if any, supplemented to the clerk's record.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2015.

Keith E. Hottle
Clerk of Court